**Order entered April 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01415-CR

**TAMARA LAVON CHRISTIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-80320-2013**

## ORDER

The Court **GRANTS** appellant's March 28, 2014 second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE